IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

AUG - 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **1 : 2 6 CR 0 0 3 4 7** |
| | ) Title 8, United States Code, |
| MINOR S. MIRANDA-DAMAS | ) Section 1326(a) and (b)(1) |
| AKA MYNOR S. SALINAS-REYES, | ) |
| | ) |
| Defendant. | **JUDGE RUIZ** |

COUNT 1
(Illegal Reentry, 8 U.S.C. § 1326(a) and (b)(1))

The Grand Jury charges:

1.      Defendant MINOR S. MIRANDA-DAMAS, aka MYNOR S. SALINAS-REYES is an alien and citizen of Honduras, who has been previously removed from the United States on at least one occasion, the last being on or about August 12, 2011.

2.      Defendant was first removed from the United States on August 5, 2011 and subsequent to that deportation was convicted of a felony, to wit: Possession of Controlled Substance, 720 ILCS 570/402(a)(2)(A), in Case Number 2021CF75, in the Circuit Court of the Seventeenth Judicial Circuit, Boone County, Illinois, on or about May 10, 2022.

3.      On or about July 23, 2026, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202 (3), (4) and (557)) to apply for readmission into the United States, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.